AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

REO BOREN,

      Plaintiff,        JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER: **3:08-cv-00005-BES-VPC**

BOCCA, et al.,

      Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is DISMISSED without prejudice.

   January 17, 2008            **LANCE S. WILSON**
                                                          Clerk

                                                           /s/ Kalani Lizares
                                                            Deputy Clerk